IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAINT LOUIS UNIVERSITY,
a not-for-profit organization,

Defendant.     No. 07-CV-0156-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On June 5, 2008, in *Arpin v. United States*, 04-0128-DRH, the undersigned Chief Judge granted the United States' motion for setting a joint settlement conference with *Aprin* and this case before Magistrate Judge Clifford J. Proud (See 04-0128; Doc. 72 ). Following the joint settlement conference, the Court will allowing briefing, if necessary, by the parties regarding the Seventh Circuit Court of Appeals' opinion in the *Aprin* case.

**IT IS SO ORDERED.**

Signed this 6th day of June, 2008.

/s/    David R Herndon
**Chief Judge**
**United States District Court**