# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )  |  |
| Plaintiff, ) | |
| vs. ) | No. 07-CV-156-DRH |
| SAINT LOUIS UNIVERSITY, ) a not-for-profit corporation, ) | |
| Defendant. ) | |

## ORDER

This matter coming before the Court on defendant Saint Louis University's Motion to Continue Presumptive Trial Date (Doc. 46). After considering said motion, the Court hereby **GRANTS** the motion. The Court **CONTINUES** the presumptive trial month to November 2010.

So Ordered:

/s/ *David R Herndon*

Chief Judge
United States District Court

DATED: April 21, 2010