IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAINT LOUIS UNIVERSITY, )<br>a not-for-profit corporation, )<br>)<br>Defendant. ) | No. 07-CV-156-DRH |

ORDER

This matter coming before the Court on defendant Saint Louis University's Motion to Continue Presumptive Trial Date. After considering said motion, the Court hereby grants said motion and removes this case from the presumptive trial month of February 2011 and continues to May 2011.

December 2, 2010

So Ordered:

David R. Herndon
2010.12.02
16:59:16 -06'00'

Chief Judge
United States District Court