IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SAINT LOUIS UNIVERSITY,**
**a not-for-profit organization,**

**Defendant.**                                                    **No. 07-CV-0156-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the United States of America's motion in limine to bar defendant Saint Louis University from contesting the issue of liability (Doc. 70). Alternatively, the United States seeks leave to request partial summary judgment on this issue of liability against defendant pursuant to Federal Rule of Civil Procedure 56. Defendant counters that this is not a motion in limine but that it is an untimely motion for partial summary judgment. Defendant maintains that the dispositive motion deadline has passed; that plaintiff offers no justification for not filing it in a timely fashion; and that the motion fails to address issues pertinent to liabilities between the parties. After reviewing the motion, the Court agrees with defendant that

this is a motion for summary judgment in disguise and not a motion in limine. Thus, the motion should have been filed timely and it was not. Thus, the Court denies the motion in limine as untimely.

**IT IS SO ORDERED.**

Signed this 19th day of December, 2011.

David R. Herndon
2011.12.19
16:01:20 -06'00'

**Chief Judge**
**United States District Court**