IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAINT LOUIS UNIVERSITY,
a not-for-profit organization,

Defendant.                                                  No. 07-CV-0156-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' stipulation of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii)(Doc. 92). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action with each party to bear its own costs and attorneys' fees. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED**.

Signed this 9th day of September, 2012.

David R. Herndon
2012.09.09
08:28:50 -05'00'

**Chief Judge**
**United States District Court**