IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

      Plaintiff,

-vs-

**ST. LOUIS UNIVERSITY,**
a not-for-profit corporation,

      Defendant.               No.   07-CV-156-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal filed on September 5, 2012.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 9, 2012, this case is **DISMISSED** with prejudice.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT

                BY:      /s/*Sandy Pannier*
                                Deputy Clerk

Dated: September 9, 2012

David R. Herndon
2012.09.09
08:31:45 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT